

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

    Plaintiff,

v.

FIRST NATIONAL BANK OMAHA,

    Defendant.
_____/

Case Number 5:17-cv-10632
Honorable John Corbett O'Meara
Magistrate Elizabeth A. Stafford

Nemer N. Hadous (CA #264431)
Robert A. Hadous (P-32365)
HADOUS|CO. PLLC
24725 W. 12 Mile Rd., Ste. 110
Southfield, Michigan 48034
(248) 663-5155
nhadous@hadousco.com
Attorneys for Plaintiff Thomas Bally

Cory J. Rooney, Esq.
LAW OFFICE CORY J. ROONEY PC
P.O. Box 382
Omaha, Nebraska 68101
402-933-9865
rooneylaw@outlook.com
Attorney for Defendant FNB Omaha

/

**NOTICE OF FILING EXHIBITS IN THE TRADITIONAL MANNER**

PLEASE TAKE NOTICE Plaintiff Thomas Bally has filed Ex. 4 in Support of Plaintiff's Motion for Summary Judgment [Dkt. #8] in the traditional manner with the Clerk of Court by depositing the same in United States Postal Mail.

The Honorable John Corbett O'Meara previously granted leave of Court to file Ex. 4 in the traditional manner in an Order dated June 7, 2017 [Dkt. #10].

Title of Paper: Ex. 4, December 6, 2016, Telephone Call Audio Recording (.mp3 format) in support of Plaintiff's Motion for Summary Judgment [Dkt. #8],

**ORIGINAL DOCUMENT PLACED IN VAULT**

**RESPECTFULLY SUBMITTED** this 8th day of June 2017,

          **HADOUS|CO. PLLC**

          /s/Nemer N. Hadous
          Nemer N. Hadous (CA #264431)
          24725 W. 12 Mile Rd., Ste. 110
          Southfield, Michigan 48034
          Phone: (248) 663-5155
          Email: nhadous@hadousco.com
          Attorney for Plaintiff Thomas Bally

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**RESPECTFULLY SUBMITTED** this 8th day of June 2017,

          **HADOUS|CO. PLLC**

          /s/Nemer N. Hadous
          Nemer N. Hadous (CA #264431)
          24725 W. 12 Mile Rd., Ste. 110
          Southfield, Michigan 48034
          Phone: (248) 663-5155
          Email: nhadous@hadousco.com
          Attorney for Plaintiff Thomas Bally

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

    Plaintiff,

v.

FIRST NATIONAL BANK OMAHA,

    Defendant.

                                    /

Case Number 5:17-cv-10632
Honorable John Corbett O'Meara
Magistrate Elizabeth A. Stafford

## INDEX OF EXHIBITS

FILED IN TRADITIONAL MANNER

| Exhibit | Description |
|---|---|
| No. 4 | December 6, 2016, Telephone Call Recording (.mp3 file) |
| | Storage medium: Universal Serial Bus (USB). |

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

    Plaintiff,

v.

FIRST NATIONAL BANK OMAHA,

    Defendant.

    Case Number 5:17-cv-10632
    Honorable John Corbett O'Meara
    Magistrate Elizabeth A. Stafford

_____/

<u>Exhibit Number 4</u>

| | |
|---|---|
| Pleading: | Motion for Summary Judgment (Count One – TCPA Violation) |
| Docket Ref: | [Dkt. #8] |
| Description: | December 6, 2016, Telephone Call Recording (.mp3 file) Storage medium: Universal Serial Bus (USB) |
| Filing Party: | Plaintiff Thomas Bally<br>c/o HADOUS\|CO. PLLC<br>Nemer N. Hadous<br>24725 W. 12 Mile Rd., Ste. 110<br>Southfield, Michigan 48034<br>(248) 663-5155<br>nhadous@hadousco.com |

Case No. 17-10632
Dkt. #8, Exhibit 4



**HADOUS | CO. PLLC**
FIDES LUMEN PRAEBEAT

24725 W. 12 Mile Rd., Ste. 110
Southfield, Michigan 48034
Ph: (248) 663-5155

U.S. POSTAGE PAID
DEARBORN, MI
48124
JUN 08, 17
AMOUNT
**$2.67**
R2304H109927-16

1022  48226

United States District Court
Eastern District of Michigan
Clerk's office - Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 564
Detroit, MI 48226

CERTIFIED

RECEIVED
JUN 0 9 2017
CLERK'S OFFICE

USPS TRACKING NUMBER
9500 1108 7478 7159 1808 76