UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

    Plaintiff,

v.

    Case No. 17-10632

    Hon. John Corbett O'Meara

FIRST NATIONAL BANK OMAHA,

    Defendant.
_____/

**ORDER DENYING PLAINTIFF'S**
**SECOND MOTION FOR SUMMARY JUDGMENT**

Before the court is Plaintiff's second motion for partial summary judgment, which has been fully briefed. The court denied Plaintiff's first motion for summary judgment on October 26, 2017. See Docket No. 25. Plaintiff has not sought permission to file a second motion for summary judgment. See L.R. 7.1(b)(2) ("A party must obtain leave of court to file more than one motion for summary judgment."). Moreover, the relevant facts have not changed. The court finds no basis to reconsider its previous ruling.

Therefore, IT IS HEREBY ORDERED that Plaintiff's motion for partial summary judgment is DENIED.

                                    s/John Corbett O'Meara
                                    United States District Judge

Date: May 24, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 24, 2018, using the ECF system.

s/William Barkholz
Case Manager