UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

       Plaintiff,                        Case Number 5:17-cv-10632

v.                                              Honorable John Corbett O'Meara
                                                   Magistrate Elizabeth A. Stafford

FIRST NATIONAL BANK OMAHA,

       Defendant.

_____/

HADOUS|CO. PLLC
Nemer N. Hadous (P88285)
1 Parklane Blvd., Suite 729 East
Dearborn, Michigan 48126
(313) 415-5559 (office)
(888) 450-0687 (fax)
nhadous@hadousco.com
Attorneys for Plaintiff Bally

## NOTICE OF SETTLEMENT

     Plaintiff Thomas Bally, ("Plaintiff"), by counsel, and pursuant to Mich. LR 41.1, respectfully submits this Notice of Settlement with Defendant First National Bank Omaha ("Defendant") (collectively, the "Parties"), stating:

     1.     The Parties have agreed to the essential terms of settlement.

     2.     The Parties anticipate the settlement process will take approximately 30 days to finalize, and will promptly file a Stipulation and Proposed Order of Dismissal once the settlement is finalized.

RESPECTFULLY SUBMITTED this 26th day of September 2018,

HADOUS|CO. PLLC

/s/Nemer N. Hadous
Nemer N. Hadous (P82285)
1 Parklane Blvd., Suite 729 East
Dearborn, Michigan 48126
(313) 415-5559 (direct)
(888) 450-0687 (facsimile)
nhadous@hadousco.com
Attorneys for Plaintiff Bally

## CERTIFICATE OF SERVICE

I hereby certify on September 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.  Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

RESPECTFULLY SUBMITTED this 26th day of September 2018,

HADOUS|CO. PLLC

/s/Nemer N. Hadous
Nemer N. Hadous (P82285)
1 Parklane Blvd., Suite 729 East
Dearborn, Michigan 48126
(313) 415-5559 (direct)
(888) 450-0687 (facsimile)
nhadous@hadousco.com
Attorneys for Plaintiff Bally