UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

       Plaintiff,                 Case Number 5:17-cv-10632

v.                                     Honorable Laurie J. Michelson

                                         Magistrate Elizabeth A. Stafford

FIRST NATIONAL BANK OMAHA,

       Defendant.
_____/

| HADOUS\|CO. PLLC | LAW OFFICES OF |
|---|---|
| Nemer N. Hadous (P82285) | CORY J. ROONEY. P.C. |
| 1 Parklane Blvd., Ste. 729 East | Cory J. Rooney, Esq. |
| Dearborn, Michigan 48034 | P.O. Box 382 |
| (313) 415-5559 (phone) | Omaha, Nebraska 68101 |
| (888) 450-0687 (facsimile) | 402-933-9865 |
| nhadous@hadousco.com | rooneylaw@outlook.com |
| Attorneys for Plaintiff Bally | Attorney for Defendant FNBO |

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
FIRST NATIONAL BANK OMAHA WITH PREJUDICE

Plaintiff Thomas Bally, ("Plaintiff"), and Defendant First National Bank Omaha ("Defendant"), by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this stipulation of dismissal of Defendant, with prejudice, and without costs or attorney fees to either party. Since there are no other remaining Defendants, this dismissal fully resolves this action.

RESPECTFULLY SUBMITTED this 8th day of November 2018,

HADOUS|CO. PLLC                               LAW OFFICES OF
                                              CORY J. ROONEY. P.C.


/s/Nemer N. Hadous                            /s/ Cory J. Rooney (w/consent)
Nemer N. Hadous, Esq.                         Cory J. Rooney, Esq.
Attorney for Plaintiff Bally                  Attorney for Defendant FNBO

## ORDER OF DISMISSAL OF DEFENDANT
## FIRST NATIONAL BANK OMAHA WITH PREJUDICE

The Court having received the parties' Stipulation of Dismissal, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant First National Bank Omaha, Inc. shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

Date: November 8, 2018              s/Laurie J. Michelson
                                    United States District Judge